GOLDSMITH & HULL, A P.C./ FILE #108352
William I. Goldsmith SBN 82183
Michael L. Goldsmith, SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax: (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

ALBERT B. GASKIN III AKA AKA
ALBERT GASKIN AKA ALBERT B.
GASKIN

          Defendant.

No. A02-04195

**ORDER GRANTING *EX PARTE*
APPLICATION TO FILE
APPLICATION FOR WRIT OF
GARNISHMENT UNDER SEAL**

   [16]

    Based on the *ex parte* application of plaintiff United

States of America, and for good cause shown,

    IT IS HEREBY ORDERED that the application for writ of

garnishment in this action may be filed under seal pursuant to

Local Rule 79-5.

Dated:   04/18/17       s/ RONALD S.W. LEW
                       HON. RONALD S.W. LEW
                       SENIOR U.S. DISTRICT JUDGE